SECOND DEPARTMENT, FEBRUARY, 1948.

(February 2, 1948.)

MORRIS GREENBERG, as Administrator of the Estate of DORA GREENBERG, Deceased, Appellant, v. SOCIETY OF THE HILLSIDE HOSPITAL, Respondent.— In an action to recover damages for the death of plaintiff's intestate by reason of alleged negligent treatment by hospital employees, order dismissing the amended complaint as insufficient, with leave to plead over, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

EVA D. HAAS, Respondent, v. SIMON HAAS, Appellant.— Order granting the respondent wife's motion for counsel fees and expenses to prosecute an appeal to the Court of Appeals from an order of this court (272 App. Div. 822), which affirmed a judgment in favor of the appellant husband in a separation action, reversed on the law and the facts, without costs, and the motion denied, without costs. To our previous decision we add the following statement: The contention that the dismissal of the complaint leaves the wife remediless and completely relieves the husband of the obligation to support her was rejected. The separation agreement should not be so interpreted; it provides that the weekly payments of $100 to the wife are suspended so long as she continues in business in violation of the agreement. Moreover, the appellant has ample funds of her own. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

MAE A. HUSSEY, Appellant, v. WALTER W. IRWIN, Respondent.— In an action for attorney's fees, order denying plaintiff's motion for summary judgment affirmed, with $10 costs and disbursments. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

In the Matter of OCEAN BEACH FERRY CORPORATION, Appellant, against INCORPORATED VILLAGE OF OCEAN BEACH et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act to review the determination of the board of trustees of the Village of Ocean Beach, awarding a contract or franchise for exclusive ferry operations from and to the ferry terminal owned by the village, order dismissing the petition on the merits unanimously affirmed, with $50 costs and disbursements to each group of respondents filing a brief. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Cotrustee under the Will of THOMAS J. RONAN, Deceased. MARY J. RONAN et al., Appellants-Respondents; CITY BANK FARMERS TRUST COMPANY, Individually and as Cotrustee under the Will of THOMAS J. RONAN, Deceased, Respondent-Appellant; ELSIE T. RONAN, Individually and as Executrix of ARTHUR R. RONAN, Deceased, et al., Respondents.— In a proceeding for settlement of the intermediate account of a cotrustee of a testamentary trust, and for leave to resign as such cotrustee, order of the Kings County Surrogate's Court, insofar as appealed from, unanimously affirmed, with $10 costs to respondent-appellant, payable out of the estate. No opinion. Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.